1  CARL M. FALLER  SBN: 70788
   FALLER LAW FIRM
2  Post Office Box 912
   Fresno, CA 93714
3  Phone: 559-226-1534
   Fax: 559-412-4746
4  carl.faller@fallerdefense,com

5

   Attorney for Defendant
6  SERGIO JARA and
   MELISSA ROCHELLE JARA
7

8
                   **IN THE UNITED STATED DISTRICT COURT**
9
              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11
   UNITED STATES OF AMERICA,              ) Case No.:  1:12-cr-00213 AWI BAM
12                                         )
                     Plaintiff,            )
13                                         ) REQUEST FOR APPROVAL OF TRAVEL
            vs.                            ) OUTSIDE OF THE DISTRICT
14 SERGIO JARA, and MELISSA ROCHELLE      )
   JARA                                    )
15                                         )
                     Defendant.            )
16 ─────────────────────────────────────

17        It is hereby stipulated by the parties hereto as follows:

18        Sergio Jara and Meslissa Rochelle Jara are defendants in this action, and are currently out

19 of custody on pretrial supervision.

20        The defendants desire to leave the Eastern District of California on a cruise vacation

21 between December 16 and December 20, 2013.

22        The cruise departs from Long Beach, California, with stops at Catalina Island, California

23 and Ensenada, Mexico.  The stop in Ensenada, Mexico will last from 9:00 am to 8:00 pm on

24 December 18, 2013.

25        Pretrial Services has no objection to the trip, but indicated a desire for court approval,

26 since there will be a stop outside of the United States.

27 ///

28 ///

1    The ship will return to Long Beach, California on December 20, 2013.

2    It is respectfully requested that the court enter an order approving the travel as outlined

3  above.

4

5  Dated:  November, 15, 2013                    /s/Carl M. Faller
                                                CARL M. FALLER
6                                               Attorney for Defendants
                                                Sergio Jara and Melissa Rochelle Jara
7
                                                BENJAMIN B. WAGNER
8                                               United States Attorney

9  Dated:  November 15, 2013            By /s/Kirk Sherriff
                                                KIRK SHERRIFF
10                                              Assistant U.S. Attorney
                                                Attorney for United States of America
11

12  ORDER:

13    IT IS ORDERED that the request of defendants Sergio Jara and Melissa Rochelle Jara to

14  travel outside of the Eastern district of California is approved.  They shall depart Long Beach,

15  California on December 16, 2013, and return to that city on December 20, 2013.  They will make

16  stops at Catalina Island, California and Ensenada, Mexico en route.

17

18  IT IS SO ORDERED.

19  Dated:   November 21, 2013      _____
                                                SENIOR  DISTRICT  JUDGE

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28