CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense.com

Attorney for Defendant
SERGIO JARA

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        Plaintiff,   vs.  SERGIO JARA,        Defendant. | Case No.: 1:12-cr-00213 AWI BAM  CORRECTED STIPULATION FOR RELEASE AND SUBSTITUTION OF COLLATERAL |

It is hereby stipulated and agreed by the parties hereto, by and through their respective attorneys of record, as follows:

On August 30, 2012, this defendant was ordered to post a property bond in the amount of $100,000, secured by a Deed of Trust, on his personal residence located at 8105 Rock Hampton Drive, Bakersfield, California, APN number 514-290-13.  On November 29, 2012, a Deed of Trust, number 0212162878, was posted with the court in compliance with that order.

The defendant is now in the process of selling that residence and purchasing another residence.  The new property is located at 6910 Creamery Lane, Bakersfield, California, APN number 515-251-59-00.

It is hereby stipulated that Deed of Trust number 0212162878 be reconveyed for purpose of facilitating the sale of the residence located at 8105 Rock Hampton Drive, Bakersfield,

California.  It is further stipulated that the defendant post a new Deed of Trust securing the note in the amount of $100,000 on the property located at 6910 Creamery Lane, Bakersfield, California, APN number 515-251-59-00.  That Deed of Trust is to be filed with the court no later than May 15, 2014.

Dated:  April 29, 2014                                         Respectfully submitted,


                                                                              /s/ Carl M. Faller
                                                                              CARL M. FALLER
                                                                              Attorney for Defendant
                                                                              SERGIO JARA

                                                                              BENJAMIN B. WAGNER
                                                                              United States Attorney


                                                                 By   /s/ Kirk R. Sherriff
                                                                              KIRK R. SHERRIFF
                                                                              Assistant U.S. Attorneuy

ORDER:

It having been stipulated by the parties, and good cause appearing, it is hereby ORDERED that the property bond described above, Deed of Trust number 0212162878, be exonerated and reconveyed, and new Deed of Trust securing a note in the amount of  $100,000 be posted on the property known as  6910 Creamery Lane, Bakersfield, California, APN number 515-251-59-00.  That Deed of Trust is to be posted with the court on or before May 15, 2014.

IT IS SO ORDERED.

Dated:   May 9, 2014                             _____
                                                                              SENIOR  DISTRICT  JUDGE