CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
SERGIO JARA

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>            Plaintiff,                            )<br>                                                                )<br>    vs.                                                     )<br>                                                                )<br>SERGIO JARA,                                     )<br>                                                                )<br>            Defendant.                        )  | Case No.: 1:12-cr-00213-AWI-BAM-2<br><br>AMENDED STIPULATION AND ORDER TO ALLOW SALES OF REAL PROPERTY |

    Defendant Sergio Jara is currently on pretrial release in this matter.  One of the conditions of that release is that he not engage in any real estate transactions without the consent of Pretrial Services.  There are two pending property transactions that are set forth in more detail below and Pretrial Services has indicated that it will have no objection to the transactions if they are approved by the government.  Counsel for the government and counsel for the defendants have reached an agreement concerning how the sales can be consummated and that agreement is set forth below.

    It is hereby stipulated and agreed upon as follows;

    There are currently pending at Ticor Title Company the following escrows:  1) Escrow No.TTK-1301-FTKE-3011400917, for the sale of property located at 123 Clifton Street, Bakersfield California, and 2) Escrow No. TTK-1301-FTKE-3011400918, for the sale of property located at 1120 McNew Court, Bakersfield, California.

1   These escrow transactions may close, and title to the property transferred upon the
2  following condition:  After payment of all expenses of sale and satisfaction of encumbrances,
3  Fifty Percent (50%) of the net proceeds are to be distributed to the Seller.  The remaining Fifty
4  Percent (50%) of the net proceeds shall be deposited with the Clerk of the Court of the United
5  States District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California
6  93721, in a commercial registry account and that no amount shall be disbursed therefrom until
7  further order of the court.

Dated:  November 10, 2014            /s/Carl M. Faller
                                     CARL M. FALLER
                                     Attorney for Defendant


                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated:  November 10, 2014        By  /s/Kirk Sherriff
                                     KIRK SHERRIFF
                                     Assistant U.S. Attorney
                                     Attorney for United States of America

///

///

///

///

///

///

**ORDER:**

It is hereby ordered that the two escrow transactions described in the above stipulation may close and title transferred, upon the following condition:  After payment of all expenses of sale and satisfaction of encumbrances, Fifty Percent (50%) of the net proceeds are to be distributed to the Seller, and the remaining Fifty Percent (50%) of the net proceeds shall be deposited with the Clerk of the Court of the United States District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California 93721, in a commercial registry account and that no amount shall be disbursed therefrom until further order of the court.

IT IS SO ORDERED.

Dated:   November 12, 2014                             /s/ signature

SENIOR  DISTRICT  JUDGE