CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-679-4999
carl.faller@fallerdefense.com

Attorney for Defendant
SERGIO JARA

# IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  1:12-cr-00213 AWI |
| Plaintiff, | ) |
| | ) |
| vs. | ) STIPULATION AND ORDER TO ALLOW |
| | ) SALE OF REAL PROPERTY |
| SERGIO JARA, | ) |
| | ) |
| Defendant. | ) |

Defendant Sergio Jara is currently on pretrial release in this matter.  One of the conditions of that release is that he not engage in any real estate transactions without the consent of Pretrial Services.  There is a pending property transaction that is set forth in more detail below and Pretrial Services has indicated that it will have no objection to the transaction if it is approved by the government.  Counsel for the government and counsel for the defendants have reached an agreement concerning how the sale can be consummated and that agreement is set forth below.

It is hereby stipulated and agreed upon as follows:

There is currently pending at Chicago Title Company the following escrow:

Escrow No.FWKN-5501401595 AB, for the sale of property located at 3927 Mitchell Street, Bakersfield California.

This escrow transaction may close, and title to the property transferred upon the following condition:  After payment of all expenses of sale and satisfaction of encumbrances, Fifty Percent (50%) of the net proceeds are to be distributed to the Seller.  The remaining Fifty

Percent (50%) of the net proceeds shall be deposited with the Clerk of the Court of the United

States District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California

93721, in a commercial registry account and no amount shall be disbursed therefrom until further

order of the court.


Dated:  January 16, 2015                              /s/Carl M. Faller
                                                     CARL M. FALLER
                                                     Attorney for Defendant



                                                     BENJAMIN B. WAGNER
                                                     United States Attorney

Dated:  January 16, 2015                      By  /s/Kirk Sherriff
                                                     KIRK SHERRIFF
                                                     Assistant U.S. Attorney
                                                     Attorney for United States of America



ORDER:

        It is hereby ordered that the escrow transaction described in the above stipulation may

close and title transferred, upon the following condition:  After payment of all expenses of sale

and satisfaction of encumbrances, Fifty Percent (50%) of the net proceeds are to be distributed to

the Seller, and the remaining Fifty Percent (50%) of the net proceeds shall be deposited with the

Clerk of the Court of the United States District Court for the Eastern District of California, 2500

Tulare Street, Fresno, California 93721, in a commercial registry account and no amount shall be

disbursed therefrom until further order of the court.



IT IS SO ORDERED.

Dated:   January 20, 2015                     _____
                                              SENIOR  DISTRICT  JUDGE