CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-679-4999
carl.faller@fallerdefense,com

Attorney for Defendant
SERGIO JARA

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SERGIO JARA,<br><br>　　　　　Defendant. | Case No.:  1:12-cr-000213 AWI<br><br>REQUEST FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE |

　　　On June 11, 2014, a deed of trust was filed with the court to secure the release of the above-named defendant as follows:

　　　Owner of Record:  Sergio Jara

　　　Deed No. 0214058388– Docket number 184

　　　The case has concluded as to this defendant and he surrendered on February 8, 2016 to begin serving his sentence as ordered by the court.

　　　Based on the above, the defendant requests this court to enter an order providing for the reconveyance of the deed of trust described above.

Dated:  March 16, 2016　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　/s/ Carl M. Faller
　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**It is so ORDERED:**

It is hereby ORDERED that the property bond described above, Document No. 184 in the record of this case, be reconveyed since the case has concluded as to this defendant and he has surrendered to serve his sentence as ordered by the court.

IT IS SO ORDERED.

Dated:   March 17, 2016                                   _____
                                                                          SENIOR  DISTRICT  JUDGE