1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
3 | PATRICK J. SUTER
Assistant United States Attorneys
4 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
5 | Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
6 |
7 | Attorneys for Plaintiff
United States of America
8 |

FILED

MAY 02 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

9
10
11

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00213 AWI-BAM |
| 13                      Plaintiff, | STIPULATION & ORDER REGARDING ALLOCATION OF PAYMENTS FOR |
| 14                      v. | RESTITUTION PURPOSES |
| 15  SERGIO JARA, | |
| 16  MELISSA ROCHELLE JARA, | |
| 17                      Defendant. | |

18

19                                **STIPULATION**

20       Plaintiff United States of America, by and through its counsel of record, and defendants Sergio

21   Jara and Melissa Rochelle Jara, by and through defendants' counsel of record, hereby stipulate as

22   follows:

23       1.       On November 10, 2014 and on January 16, 2015, defendant Sergio Jara entered into

24   stipulations with the United States permitting the sale of three parcels of real property.  Pursuant to those

25   stipulations, 50% of the proceeds of the contemplated sales were to be deposited with the Clerk of the

26   Court. (Docket Nos. 190, 191, and 197)

27   / / /

28   / / /

STIPULATION & ORDER REGARDING ALLOCATION   1
OF PAYMENTS FOR RESTITUTION PURPOSES

2. The court payment records reflect that defendant Sergio Jara has deposited a total of $148,201.92, in three separate payments, pursuant to the sales of real property contemplated by the stipulations described in paragraph 1:

        a)     02/09/2015 - $73,277.93

        b)     11/19/2014 - $42,041.42

        c)     11/17/2014 - $32,882.57

3. At the sentencing hearing for Melissa Rochelle Jara on October 13, 2015, the United States and counsel for Sergio and Melissa Rochelle Jara jointly requested that $100,000 of the $148,201.92 paid by co-defendant Sergio Jara to the Court be applied to Melissa Rochelle Jara's ordered restitution. (Docket No. 286)

4. By this stipulation, defendants Sergio and Melissa Rochelle Jara agree that $100,000 of the amounts deposited to the Court, as shown in paragraph 2 above, shall be applied to the restitution obligation of defendant Melissa Rochelle Jara, and that the remaining funds deposited by defendant Sergio Jara, and any interest accrued thereon, shall be applied to defendant Sergio Jara's restitution obligation.

IT IS SO STIPULATED.

Dated: April 29, 2016

                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ PATRICK J. SUTER
                                PATRICK J. SUTER
                                KIRK E. SHERRIFF
                                HENRY Z. CARBAJAL
                                Assistant United States
                                Attorneys

Dated: April 29, 2016

                                (as authorized 04/29/2016)
                                /s/ CARL M. FALLER
                                CARL M. FALLER
                                Counsel for Defendants
                                SERGIO JARA and MELISSA
                                ROCHELLE JARA

**ORDER**

1.  The Court having received, read, and considered the stipulation submitted by the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.  Accordingly, IT IS ORDERED that:

1.     The Clerk is directed to allocate $100,000 of the funds paid to the court by Sergio Jara to the restitution obligation of defendant Melissa Rochelle Jara.

2.     The Clerk is directed to allocate the remaining funds deposited by defendant Sergio Jara, and any interested accrued thereon, to the restitution obligation of defendant Sergio Jara.

3.     Counsel presenting this Order must serve a copy personally on the Clerk of the Court and on the Clerk's Financial Administrator, before the Clerk will take any action on this Order.

IT IS SO ORDERED this 29 day of April, 2016.

THE HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE